Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff
FLAME S.A.
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone: (646) 328-0120
Facsimile: (646) 328-0121
William R. Bennett, III (WB 1383)
wbennett@bgmplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FLAME S.A.,                                   09-CV-

        Plaintiff,

-against-                               **ORDER TO SHOW CAUSE**


PRIMERA MARITIME (HELLAS) LIMITED,

        Defendant.
------------------------------------------------------------X

**UPON THE MOTION** of Flame S.A. ("Flame") pursuant to New York's Uniform Foreign Money Judgments Recognition Act, the supporting Affidavit of William R. Bennett, III, Memorandum of Law in Support, and the Declaration of Graeme Lloyd,

**LET THE DEFENDANT SHOW CAUSE** before the Honorable Kevin Thomas Duffy, Judge of the United States District Court for the Southern District of New York, on the __ day of October, 2009 at 10:00 a.m. why an Order immediately recognizing and confirming the Judgment rendered in the High Court of Justice, Queen's Bench Division Commercial Court Registry, London, England, in favor of Flame S.A. and against Primera Maritime (Hellas) Limited in the amount of $5,554,271.3 should not be issued,

**IT IS ORDERED** that copies of this Order and all supporting papers shall be served by hand ~~or~~ by email upon Defendant's registered agent on or before ~~September~~ September 28 2009, at 5:00 pm and that such service be deemed good and sufficient service; and

**IT IS FURTHER ORDERED** that any answering papers be served on attorneys for plaintiff, Bennett, Giuliano, McDonnell & Perrone, LLP, 494 Eighth Avenue, 7th Floor, New York, New York 10001 (Fax: 646.328.0121) in the same manner on or before __ October 1, 2009, at 12:00 Noon

Dated: New York, New York
September 23, 2009

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
Paul E. Judy